UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alex-Tela, Inc.,                  Case No. 3:17-cv-2323

    Plaintiff

   v.                       JUDGMENT ENTRY

Western Heritage Insurance Company, et al.,

    Defendants

For the reasons stated in the Memorandum Opinion filed contemporaneously, Plaintiff's motion to remand (Doc. No. 7) is granted. Plaintiff's motion to deny jurisdiction (Doc. No. 7) is denied as moot. Plaintiff's motion for leave to amend the complaint (Doc. No. 7) is deferred to the state court upon remand. The Clerk is directed to remand this case back to the Common Pleas Court for Lucas County.

                                                      s/ Jeffrey J. Helmick
                                                      United States District Judge